ORIGINAL BY FAX

05-CV-4545
(DGT)

March 8, 2006
Honorable Robert M. Levy
United States Magistrate Judge
US Court House
225 Cadman Plaza East
Brooklyn, NY 11201
Dear Judge Levy,

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAR 15 2006 ★

BROOKLYN OFFICE

I am writing to request another thirty-day extension of time in which to file an answer or a response to the complaint filed against me in case number CV-05 4545. I am still in the process of going through every item that Plaintiffs claim I downloaded illegally, and am also investigating whether or not the Plaintiffs have the trademark rights to all of these items. I am doing all of this investigative work myself in addition to working full time and it is taking me longer than I expected to investigate all of the items listed on exhibits A and B. I have contacted the Plaintiffs' attorney, Mr. Kary Klismet, who indicated that he did not oppose my request for another thirty-day extension. If the Court decides to grant my request, I also would like to request that the conference scheduled in this case, be extended until sometime after the expiration of the thirty-day extension.

I can be reached at 917-415-0293 if the Court has any questions.

Thank You.
Georgia Konstas

Application granted.
Mr. Konstas' time to answer is extended 30 days.
The conference is adjourned to MAY 12, 2006 @ 4PM.

So Ordered

s/Robert Levy

3/9/06